**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| WILLIAM M. WOLFE ) | |
| ) | CIV: 3:03CV0132(PCD) |
| ) | |
| vs. ) | |
| ) | November 4, 2003 |
| ) | |
| THOMSON PRECISION ) | |

## MOTION FOR EXTENSION OF TIME NUNC PRO TUNC

Pursuant to the local rules of this Court and Federal Rules of Civil Procedure, the plaintiff William M. Wolfe hereby moves for an extension of time nunc pro tunc to complete discovery until January 31, 2004 on the following grounds:

1) The discovery cut-off for depositions is October 31, 2003. Three depositions were taken in the last month including Carole Baldwin, James Peta and Paul Bazyk. At those depositions the plaintiff learned that additional depositions and discovery would be needed. Consequently, a deposition will be noticed for Stan Gonska but due to scheduling conflicts it may take more time. In addition, one more deposition may follow.

2) The parties have been working diligently to complete discovery and have also engaged in some settlement negotiations. Therefore, it is requested that an extension of time of thirty (30) days or until January 31, 2004 enter so that all discovery may be accomplished.

3) Plaintiff also seeks an extension of time until January 31, 2004 to complete designations of experts and to serve a damage analysis.

4) This is the plaintiff's first request for extension of time to complete discovery.

5) A settlement conference has been requested.

6) Counsel for defendant does not object to this extension of time.

7) No trial date has yet been set.

8) The undersigned previously attempted to file this Motion on October 29, 2003, however, it was returned to this office because through inadvertence, excusable neglect and mistake the undersigned's bar number and address were not printed on the motion. A copy of this returned motion is attached for reference as Exhibit "A."

PLAINTIFF, WILLIAM M. WOLFE

By_____
Bruce E. Newman
Newman, Creed & Associates
99 North Street, Route 6
P.O. Box 575
Bristol, CT 06011-0575
(860) 583-5200
Juris No.: 12301

His Attorneys

2

## ORDER

The foregoing Motion having been duly heard, IT IS HEREBY ORDERED:

GRANTED/DENIED

                                          THE COURT

                                          By_____
                                                  Judge/Assistant Clerk

## CERTIFICATION

This certifies that a copy of the foregoing was mailed, postage prepaid, on this 4th day of November, 2003 to:

Michael G. Petrie, Esq.
Jackson Lewis LLP
55 Farmington Avenue, Suite 1200
Hartford, CT 06105

                                                   _____
                                                   Bruce E. Newman

**EXHIBIT "A"**

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

------------------------------------------------------x

William M. Wolfe                                :

vs.                                             : Civil No. 3:03cv132 (PCD)

Thomson Precision                               :

------------------------------------------------------:

FILED
Oct 29  4 37 PM '03
U.S. DISTRICT COURT

## ORDER RETURNING SUBMISSION

The Clerk has received your <u>Motion For Extension Of Time</u> however, it is deficient in the area(s) checked below·

(NOTE: L.R. refers to the Local Rules, District of Connecticut)

1. _ L.R.5(b)         _ No certificate of service attached to pleading
                      _ Certificate of service fails to list names and addresses of all parties served
                      _ Certificate of service is not signed

2. _ L.R.5(d)         Failure to submit document under seal

3. ✔ L.R.10           ✔ Failure to sign pleading (original signature)
                      _ Failure to double space
                      _ Margin is not free of printed matter
                      _ Left hand margin is not one inch
                      _ Judge's initials do not appear after the case number
                      _ Docket number is missing
                      ✔ Failure to supply federal bar number
                      _ Holes not punched in document

4. _ L.R.68           Failure to file offer of judgment in a sealed envelope

5. _ L.R.83.1(d)      Motion to admit pro hac vice must be made by local counsel or member of the bar of this Court

6. ✔ Other            <u>Failure to include address, phone number, fax and email if available</u>

The Clerk is hereby Ordered to return the above pleading and to notify counsel of such action.

Date: 10/29/03

United States District Judge

(RT)                                                                rev. 1/1/03

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM M. WOLFE | ) |
| | ) CIV: 3:03CV0132(PCD) |
| vs. | ) |
| | ) October 17, 2003 (24th) |
| THOMSON PRECISION | ) |

### MOTION FOR EXTENSION OF TIME

Pursuant to the local rules of this Court and Federal Rules of Civil Procedure, the plaintiff William M. Wolfe hereby moves for an extension of time to complete discovery until January 31, 2004 on the following grounds:

1) The discovery cut-off for depositions is October 31, 2003. Three depositions were taken in the last month including Carole Baldwin, James Peta and Paul Bazyk. At those depositions the plaintiff learned that additional depositions and discovery would be needed. Consequently, a deposition will be noticed for Stan Gonska but due to scheduling conflicts it may take more time. In addition, one more deposition may follow.

2) The parties have been working diligently to complete discovery and have also engaged in some settlement negotiations. Therefore, it is requested that an extension of time of thirty (30) days or until January 31, 2004 enter so that all discovery may be accomplished.

3) Plaintiff also seeks an extension of time until January 31, 2004 to complete designations of experts and to serve a damage analysis.

4) This is the plaintiff's first request for extension of time to complete discovery.

5) A settlement conference has been requested.

6) Counsel for defendant does not object to this extension of time.

7) No trial date has yet been set.

                          PLAINTIFF, WILLIAM M. WOLFE

By_____
    Bruce E. Newman
    Newman, Creed & Associates

His Attorneys

## ORDER

The foregoing Motion having been duly heard, IT IS HEREBY ORDERED:

GRANTED/DENIED

                          THE COURT

By_____
    Judge/Assistant Clerk

2

_____
Bruce E. Newman