UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

WILLIAM M. WOLFE           )
                           )   CIV: 3:03CV0132(PCD)
         vs.               )
                           )   November 4, 2003
THOMSON PRECISION          )

## MOTION FOR EXTENSION OF TIME NUNC PRO TUNC

Pursuant to the local rules of this Court and Federal Rules of Civil Procedure, the plaintiff William M. Wolfe hereby moves for an extension of time *nunc pro tunc* to complete discovery until January 31, 2004 on the following grounds:

1) The discovery cut-off for depositions is October 31, 2003. Three depositions were taken in the last month including Carole Baldwin, James Peta and Paul Bazyk. At those depositions the plaintiff learned that additional depositions and discovery would be needed. Consequently, a deposition will be noticed for Stan Gonska but due to scheduling conflicts it may take more time. In addition, one more deposition may follow.

2) The parties have been working diligently to complete discovery and have also engaged in some settlement negotiations. Therefore, it is requested that an extension of time of thirty (30) days or until January 31, 2004 enter so that all discovery may be accomplished.

[Handwritten margin note: November 17, 2003. As filed after the expiration date for discovery and a TRO is properly does not reflect good cause. Within the time for completion of pretrial procedure the parties can complete the pretrial showing and the case will be ready for trial. so 12/1/03.]