UNITED STATES DISTRICT COURT   FILED

DISTRICT OF CONNECTICUT   DEC 1   3 59 PM '03

U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | |
|---|---|
| William M. WOLFE,<br>    Plaintiff, | :<br>:<br>: |
| -vs- | : Civil No. 3:03cv132 (PCD) |
| THOMPSON PRECISION BALL<br>    COMPANY, LLC, A/K/A<br>    ABEK, LLC, A/K/A PIONEER<br>    INDUSTRIES, A/K/A DANAHER<br>    CORPORATION<br>    Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>: |

### ORDER

In light of the November 26, 2003 settlement conference with Parajudicial Officer Lawrence Iannotti, it is hereby ORDERED that (1) all discovery be completed on or before December 31, 2003, (2) all dispositive motions be filed, compliant with the Supplemental Order, on or before January 15, 2004, and (3) another settlement conference be held on January 21, 2004.

So ORDERED.

Dated at New Haven, Connecticut, December __1__, 2003.

                                                                   Peter C. Dorsey
                                                           United States District Judge