UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM M. WOLFE,<br>    Plaintiff, | |
| v. | Civil No. 3:03CV0132(PCD) |
| THOMSON PRECISION BALL COMPANY, LLC,<br>A/K/A THOMSON INDUSTRIES, INC., A/K/A<br>ABEK, LLC, A/K/A PIONEER INDUSTRIES,<br>A/K/A DANAHER CORPORATION<br>    Defendant. | January 5, 2003 |

**MOTION FOR ENLARGEMENT OF TIME
IN WHICH TO RESPOND TO PLAINTIFF'S
SECOND SET OF DISCLOSURE AND PRODUCTION**

Pursuant to the Federal Rules of Civil Procedure and the Local Rules for this Court, Defendant, Thomson Precision Ball Company, LLC, hereby respectfully moves for a fifteen (15) day enlargement of time, up to and including January 20, 2004, in which to respond to Plaintiff's Second Set of Disclosure and Production. In support of this motion, Defendant states as follows:

1. Defendant was served with Plaintiff's Second Set of Disclosure and Production on December 2, 2003.

2. Pursuant to the Federal Rules of Civil Procedure, the deadline for responding to Plaintiff's discovery requests is currently January 5, 2003.

3. Defendant requires additional time in which to review and investigate the information sought in Plaintiff's discovery requests.

**ORAL ARGUMENT NOT REQUESTED
TESTIMONY NOT REQUIRED**

4. Defendant therefore requests an extension of fifteen (15) days, up to and including January 20, 2003, in which to object and/or respond to Plaintiff's Second Set of Disclosure and Production.

5. This is Defendant's first request for an extension of time to respond to Plaintiff's Second Set of Disclosure and Production requests.

6. This matter has not yet been scheduled for trial.

7. Counsel for Defendant attempted to contact Plaintiff's Counsel on January 5, 2004, and left a message indicating the substance of this motion. Prior to filing, Plaintiff's Counsel had not responded to indicate whether he consented to an extension of time.

WHEREFORE, Defendant respectfully moves for a fifteen (15) day extension of time, until January 20, 2003, in which to object and/or respond to Plaintiff's Second Set of Disclosure and Production.

By: _____
William J. Anthony (ct 17865)
Jackson Lewis LLP
55 Farmington Avenue, Suite 1200
Hartford, CT 06105
(860) 522-0404

CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was sent by U.S. mail, postage prepaid, on this 5th day of January, 2004, to the following counsel of record:

>Bruce E. Newman
>Newman Creed & Associates
>P.O. Box 575
>99 North Street, Route 6
>Bristol, CT 06011

_____
William J. Anthony