UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

WILLIAM WOLFE

    -vs-                                                                           Civil No. 3:03 cv 132 (PCD)

THOMSON PRECISION BALL CO., LLC

## ENDORSEMENT ORDER

    Defendant's motion for extension of time until January 20, 2004 to respond to Plaintiff's second set of disclosure and production (Doc. #19), is hereby GRANTED.

    SO ORDERED.

    Dated at New Haven, Connecticut, January 14, 2004.

                                                    _____/s/_____
                                                         Peter C. Dorsey, Senior
                                                         United States District Judge