UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIAM WOLFE | : | |
| Plaintiff, | : | |
| -vs- | : | CIVIL NO. 3:03 cv 132 (PCD) |
| THOMSON PRECISION BALL CO., LLC | : | |
| Defendants. | : | |

### STIPULATION OF DISMISSAL

The parties hereby stipulate to the dismissal of this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated at New Haven, Connecticut, this 21st day of January, 2004.

_____
Bruce E. Newman, Esq.
Attorney for Plaintiff

_____
William J. Anthony, Esq.
Attorney for Defendants

## ORDER

The stipulation is approved. The above entitled action is hereby dismissed.

SO ORDERED.

Dated at New Haven, Connecticut, this 21st day of January, 2004.


                                              Peter C. Dorsey, U.S. District Judge
                                              United States District Court