UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM M. WOLFE,<br>Plaintiff,<br><br>v.<br><br>THOMSON PRECISION BALL COMPANY, LLC,<br>A/K/A THOMSON INDUSTRIES, INC., A/K/A<br>ABEK, LLC, A/K/A PIONEER INDUSTRIES,<br>A/K/A DANAHER CORPORATION<br>Defendant. | Civil No. 3:03CV0132(PCD)<br><br>JANUARY 15, 2004 |

### NOTICE OF SERVICE OF
### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

In accordance with the Court's Supplemental Order regarding Motion Filing Procedure Before Judge Dorsey, the Defendant, Thomson Precision Ball Company, LLC, hereby submits this Notice of Service stating that on January 15, 2004, Defendant's Motion for Summary Judgment, Memorandum of Law in Support of Motion for Summary Judgment, Local Rule 56(a)1 Statement and Affidavit of William J. Anthony with accompanying exhibits were served by overnight mail to Plaintiff by the undersigned.

DEFENDANT,
THOMSON PRECISION BALL
COMPANY, LLC

By: _____
Sarah C. Baskin (ct 13570)
William J. Anthony (ct 17865)
Jackson Lewis LLP
55 Farmington Avenue, Suite 1200
Hartford, CT 06105
P: (860) 522-0404
F: (860) 247-1330
baskins@jacksonlewis.com
anthonyw@jacksonlewis.com

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was sent by overnight mail, postage prepaid, on this 15th day of January, 2004, to the following counsel of record:

>Bruce E. Newman
>Newman Creed & Associates
>P.O. Box 575
>99 North Street, Route 6
>Bristol, CT 06011

_____
William J. Anthony